

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>information associated with multiple Facebook<br>accounts related to criminal activity in<br>Kenosha, WI | Case No. **20-M-398 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   10-1-20   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Hon. Stephen C. Dries     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    9-17-20 10:20 am                         *Stephen C. Dri[es]*
                                                                              *Judge's signature*

City and state:    Milwaukee, Wis                         Hon. Stephen C. Dries, U.S. Magistrate Judge
                                                                              *Printed name and title*

## Return

| Case No.: 20-M-398 | Date and time warrant executed: 9/18/2020 | Copy of warrant and inventory left with: N/A Electronic |
|---|---|---|

Inventory made in the presence of: N/A Electronic

Inventory of the property taken and name(s) of any person(s) seized:

Digital files downloaded from Facebook on 10/20/2020 for the following accounts:

"BackDooe JQ" — ATF Item #14

"Anthony Clark (Stack Bundles)" — ATF Item #17

"BullyKapper Bubba" — ATF Item #15

"Get Emdone Loc" — ATF Item #16

"SF Kevin vs Bullyloc" — ATF Item #12

"La Dave Llbd" — ATF Item #13

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/27/2020

*Executing officer's signature*

Rick Hawkins   ATF SA
*Printed name and title*

# ATTACHMENT A

# GRAND JURY MATTER NO. 2020R00324

## Property to Be Searched

This warrant applies to information associated with the following Facebook Accounts "BackDooe JQ" [ID #100045960943538], "Anthony Clay (Stack Bundles)" [ID #100009171689529], "NayNay Macc" [ID #10000503917], "Bullykapper Bubba" [ID #100051201276617], "Get Emdone Loc" [ID #100050512601056], "SF Kevin Vs Bullyloc" [ID #100006833267125], and "La Dave Llbd" [ID #100046596046244], that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

# ATTACHMENT B

## Particular Things to be Seized

I.  **Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities from August 23, 2020, to the present;

(c) All "Stories" posted by the account from August 23, 2020, to the present;

(d) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from August 23, 2020, to the present, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

(e) All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(g) All other records and contents of communications and messages made or received by the account from August 23, 2020, to the present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(h) All "check ins" and other location information;

(i) All IP logs, including all records of the IP addresses that logged into the account;

(j) All physical location data for the account, including any data collected from electronic devices associated with the account, from August 23, 2020 to the present;

(k) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(l) All information about the Facebook pages that the account is or was a "fan" of;

(m) All past and present lists of friends created by the account;

(n) All records of Facebook searches performed by the account from August 23, 2020, to the present;

(o) All information about the user's access and use of Facebook Marketplace;

(p) The types of service utilized by the user;

(q) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(r) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(s) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 10 days of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of travel in interstate commerce or use of a facility of interstate commerce with intent to riot, in violation of Title 18, United States Code, Section 2101, conspiracy to commit arson, in violation of Title 18, United States Code, Section 844(n), arson of commercial property, in violation of Title 18, United States Code, Section 844(i), burglary involving controlled substances, in violation of Title 18, United States Code, Section 2118(b), or conspiracy to commit burglary involving controlled substances, in violation of Title 18, United States Code, Section 2118(d), including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Evidence of the crimes described above;

(b) Preparatory steps taken in furtherance of these crimes;

(c) Evidence of the existence, scope, or overt acts in furtherance of a conspiracy;

(d) Evidence of motive, intent, or knowledge of the crimes described above;

(e) Information about the protests, riots, and civil unrest in the Kenosha, Wisconsin area occurring between August 23, 2020 and September 1, 2020;

(f) Evidence about the relationships between the users of these accounts;

(g) Evidence of the location, whereabouts, and patterns of travel of the user of the account;

(h) Appearance, clothing, and identity of the user of the account;

(i) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

(j) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

(k) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(l) Evidence indicating that any person attempting to obstruct or impede investigations related to arson.